UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-175 (JRT/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HESTER SOPHIA WEIHMANN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | GOVERNMENT'S MOTION FOR DISCOVERY |

The United States of America, by and through its undersigned attorneys, hereby respectfully moves this Honorable Court for the following:

1. An Order requiring the defendant, pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure, to disclose and/or to permit inspection and copying of the following:

a. Documents and Tangible Objects. All books, papers, documents, photographs, tangible objects, or copies or portions thereof, that are within the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in her case-in-chief at trial or at any evidentiary motions hearing.

b. Reports of Examinations and Tests. All results and reports of physical or mental examinations and of scientific tests or experiments made in connection with the above-captioned matter, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in

his case-in-chief at trial or at any evidentiary motions hearing or which were prepared by a witness whom the defendant intends to call at trial or at hearing.

c. Expert Witness Testimony. In writing, for each expert witness the defendant intends to use under Federal Rules of Evidence 702, 703, or 705 during the defendant's case-in-chief at trial or at any evidentiary motions hearing,

- a complete statement of all opinions that the defendant will elicit from the witness in the defendant's case-in-chief;
- the bases and reasons for them;
- the witness's qualifications, including a list of all publications authored in the previous 10 years; and
- a list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition.

In accord with Rule 16(b)(1)(C), each witness must approve and sign the disclosure, and the defendant must promptly supplement or correct the disclosures upon discovering additional evidence or material, before or during trial or any evidentiary hearing, that is subject to discovery or inspection under Rule 16.

2. An Order pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure requiring the defendant, if she intends to rely upon the defense of alibi, to notify the government in writing and file a notice with the clerk no later than the date of the motions hearing. The notice must state the specific place where the defendant claims to have been at the time of the alleged offense, and the name, address, and telephone number of each alibi witness on whom the defendant intends to rely.

3. An Order pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure requiring the defendant, if he intends to rely upon the defense of insanity at the time of the alleged offense, or introduce expert testimony relating to a mental disease or

defect or any other mental condition of the defendant bearing upon the issue of guilt, to notify the government in writing and file a notice with the clerk no later than the date of the motions hearing.

4. An Order pursuant to Rule 12.3 of the Federal Rules of Criminal Procedure requiring the defendant, if she intends to rely upon the defense of actual or believed exercise of public authority on behalf of a law enforcement agency or federal intelligence agency at the time of the alleged offense, to notify the government in writing and file a notice with the clerk no later than the date of the motions hearing. In accord with the Rule, the notice must contain the law enforcement agency or foreign intelligence agency involved; the agency member on whose behalf the defendant claims to have acted; and the time during which the defendant claims to have acted with public authority.

5. An Order pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure requiring the defendant to timely produce all statements in the defendant's possession or control of any witness that the defendant calls in connection with a suppression hearing, trial, or sentencing.

Dated: October 5, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

/s/ *Joseph S. Teirab*

BY: JOSEPH S. TEIRAB
First Assistant United States Attorney
District of Minnesota