UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-175 (JRT/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HESTER SOPHIA WEIHMANN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MOTION TO DISQUALIFY |

MEET AND CONFER STATEMENT

The undersigned certifies that the United States conferred with counsel for Defendant by telephone on October 14, 2026, regarding the present Motion to Disqualify. Despite good faith efforts on both sides, the parties were unable to agree on the resolution of any part of the motion.

Respectfully submitted,

Dated: October 20, 2026

*/s/ Stanley E. Woodward*

STANLEY E. WOODWARD, JR.
Associate Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530
771-220-9755
stanley.woodward@usdoj.gov

*Counsel for the United States of America*